Diana Chang (Bar No. 287624)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Barry F. Irwin, P.C. (*pro hac vice*)
IRWIN IP LLC
1333 Burr Ridge Pkwy, Suite 200
Burr Ridge, IL 60527
Telephone: (630) 756-3101
Facsimile: (630) 756-3100

Brent P. Ray (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Attorneys for Defendants
WOWZA MEDIA SYSTEMS, LLC, and
COFFEE CUP PARTNERS, INC.
(f/k/a WOWZA MEDIA SYSTEMS, INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WOWZA MEDIA SYSTEMS, LLC, a Delaware Corporation, and COFFEE CUP PARTNERS, INC. (f/k/a WOWZA MEDIA SYSTEMS, INC.), a California Corporation,<br><br>Defendants. | Case No. 3:14-cv-02778-JST<br><br>[PROPOSED] ORDER REGARDING WOWZA'S MOTION TO DISMISS BRIEFING SCHEDULE AND HEARING |

As discussed at the Joint Case Management Conference held on July 22, 2014, the parties have agreed on the following schedule regarding Wowza's pending Motion to Dismiss (Dkt. No. 24):

| Date | Event(s) |
|---|---|
| **August 21, 2014** | Adobe Opposition to Motion to Dismiss due |
| **September 9, 2014** | Wowza Reply to Motion to Dismiss due |
| **October 2, 2014 at 1:30pm** | Hearing on Wowza Motion to Dismiss |

Signed: _____
Dated: July 28, 2014
           U.S.D.C.

IT IS SO ORDERED
Judge Jon S. Tigar

Dated: July 23, 2014

Respectfully submitted,

KIRKLAND & ELLIS LLP
   Brent P. Ray (*pro hac vice*)
   Diana Chang

IRWIN IP LLC
   Barry F. Irwin (*pro hac vice*)

By:   */s/ Barry F. Irwin*

Attorneys for Defendant
WOWZA MEDIA SYSTEMS, LLC.


ARNOLD & PORTER LLP
   Michael A. Berta
   Maulik Girish Shah
   Ryan J. Casamiquela

By:   */s/ Michael A. Berta*

Attorneys for Plaintiff
ADOBE SYSTEMS INC.

2
**[PROPOSED]** ORDER REGARDING WOWZA'S MOTION TO DISMISS BRIEFING SCHEDULE AND HEARING
Case No. 3:14-cv-02778

KE 32804703.2

## ATTESTATION

Pursuant to Local Rule 5-1, I, Barry F. Irwin, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

By:   */s/ Barry F. Irwin*

## CERTIFICATE OF SERVICE

I declare that I am over the age of 18 years, am not a party to the foregoing Action, and am employed in the County of Cook. My business address is Kirkland & Ellis LLP, 300 N. LaSalle, Chicago, IL 60654.

On July 23, 2014, I caused to be served a copy of the following document:

**[PROPOSED] ORDER REGARDING WOWZA'S MOTION TO DISMISS BRIEFING SCHEDULE AND HEARING**

on the following individuals and entities, as addressed below, by the means indicated below:

**X**   The undersigned hereby certifies that the foregoing document was filed with the Court's CM/ECF system, automatically effecting service on counsel of record for all parties to this action.

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct. Executed at Chicago, Illinois on July 23, 2014.

By:   */s/ Michael Buchanio*
     Michael Buchanio