1  Diana Chang (Bar No. 287624)
2  KIRKLAND & ELLIS LLP
   555 California Street
3  San Francisco, CA 94104
   Telephone: (415) 439-1400
4  Facsimile: (415) 439-1500

5  Barry F. Irwin, P.C. (*pro hac vice*)
   IRWIN IP LLC
6  1333 Burr Ridge Pkwy, Suite 200
   Burr Ridge, IL 60527
7  Telephone: (630) 756-3101
8  Facsimile: (630) 756-3100

9  Brent P. Ray (*pro hac vice*)
   KIRKLAND & ELLIS LLP
10 300 North LaSalle Street
   Chicago, IL 60654
11 Telephone: (312) 862-2000
12 Facsimile: (312) 862-2200

13 Attorneys for Defendants
   WOWZA MEDIA SYSTEMS, LLC, and
14 COFFEE CUP PARTNERS, INC.
   (f/k/a WOWZA MEDIA SYSTEMS, INC.)

15
16                           UNITED STATES DISTRICT COURT
17                          NORTHERN DISTRICT OF CALIFORNIA
18                               SAN FRANCISCO DIVISION

| 19 | ADOBE SYSTEMS INCORPORATED, a Delaware Corporation, | Case No. 3:14-cv-02778-JST |
|---|---|---|
| 20 | | **[PROPOSED] ORDER REGARDING STIPULATED CASE SCHEDULE** |
| 21 | Plaintiff, | |
| 22 | vs. | |
| 23 | | |
| 24 | WOWZA MEDIA SYSTEMS, LLC, a Delaware Corporation, and COFFEE CUP PARTNERS, INC. (f/k/a WOWZA MEDIA SYSTEMS, INC.), a California Corporation, | |
| 25 | | |
| 26 | | |
| 27 | Defendants. | |

28

**[PROPOSED] ORDER REGARDING STIPULATED CASE SCHEDULE**
Case No. 3:14-cv-02778

KE 32804703.2

As discussed at the Joint Case Management Conference held on July 22, 2014, the parties have agreed on the following case schedule.

| Date | Event(s) |
| --- | --- |
| **September 11, 2014** | Last day to:<br>• Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• File ADR Certification signed by Parties and Counsel<br>• File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| **September 25, 2014** | Complete initial disclosures or state objection; File supplemental case management statement; Disclosure of Infringement Contentions |
| **October 2, 2014 at 1:30pm** | Further Case Management Conference (CMC); Hearing on Wowza Motion to Dismiss |
| **November 11, 2014** | Disclosure of Invalidity Contentions |
| **November 25, 2014** | Exchange Proposed Terms for Construction |
| **December 16, 2014** | Exchange Preliminary Constructions |
| **January 8, 2015** | Joint Claim Construction and Pre-Hearing Statement |
| **February 10, 2015** | Completion of Claim Construction Discovery |
| **April 30, 2015** | Opening Claim Construction Brief |
| **May 15, 2015** | Responsive Claim Construction Brief |
| **May 29, 2015** | Reply Claim Construction Brief |
| **June 19, 2015** | Claim Construction Hearing and Technology Tutorial |
| **45 days after claim construction order ("CCO")** | Close of Fact Discovery |
| **45 days after CCO** | Designation of Testifying Expert Witness and Exchange Initial Expert Reports |
| **110 days after CCO** | Close of Expert Discovery |
| **200 days after CCO** | Hearing on Dispositive Motions and *Daubert* motions |
| **120 days after SJ decisions** | Jury Trial |

Signed: _____

U.S.D.C.

*IT IS SO ORDERED*
Judge Jon S. Tigar

**[PROPOSED] ORDER REGARDING STIPULATED CASE SCHEDULE**
Case No. 3:14-cv-02778

KE 32804703.2

2

| | | |
|---|---|---|
| Dated: July 23, 2014 | | Respectfully submitted, |

          KIRKLAND & ELLIS LLP
             Brent P. Ray (*pro hac vice*)
             Diana Chang

          IRWIN IP LLC
             Barry F. Irwin (*pro hac vice*)

          By:   */s/ Barry F. Irwin*

          Attorneys for Defendant
          WOWZA MEDIA SYSTEMS, LLC.


          ARNOLD & PORTER LLP
             Michael A. Berta
             Maulik Girish Shah
             Ryan J. Casamiquela

          By:   */s/ Michael A. Berta*

          Attorneys for Plaintiff
          ADOBE SYSTEMS INC.

## ATTESTATION

Pursuant to Local Rule 5-1, I, Barry F. Irwin, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

          By:   */s/ Barry F. Irwin*