ARNOLD & PORTER LLP
Michael A. Berta (Bar No. 194650)
Ryan J. Casamiquela (Bar No. 228559)
Maulik G. Shah (Bar No. 255403)
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone:     415.471.3100
Facsimile:     415.471.3400
michael.berta@aporter.com
ryan.casamiquela@aporter.com
maulik.shah@aporter.com

*Attorneys for Plaintiff*
ADOBE SYSTEMS INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> WOWZA MEDIA SYSTEMS, LLC, a Delaware Corporation, and COFFEE CUP PARTNERS, INC. (F/K/A WOWZA MEDIA SYSTEMS, INC.), a California Corporation, <br><br> Defendants. | Case No. 3:14-cv-02778-JST <br><br> **PROOF OF SERVICE OF U.S. MAGISTRATE JUDGE PAUL S. GREWAL SETTLEMENT CONFERENCE PROCEDURES** |

I, Ryan J. Casamiquela, declare:

I am a resident of the State of California and over the age of eighteen years and not a party to the within-entitled action; my business address is Three Embarcadero Center, Tenth Floor, San Francisco, California 94111-4024. On October 29, 2014, I served the following document(s) described as:

**U.S. MAGISTRATE JUDGE PAUL S. GREWAL SETTLEMENT CONFERENCE PROCEDURES**

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☒ by transmitting via email the document(s) listed above to the email address(es) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by placing them in an envelope or package addressed to the persons at the address(es) below and providing them to a professional messenger service for personal service.

| | |
|---|---|
| Barry F. Irwin | Diana Chang (Bar No. 287624) |
| Irwin IP LLC | KIRKLAND & ELLIS LLP |
| 1333 Burr Ridge Parkway, Suite 200 | 555 California Street |
| Burr Ridge, IL 60527 | San Francisco, CA 94104 |
| Email: birwin@irwinip.com | diana.chang@kirkland.com |
| Tel:    (630) 756-3101 | Telephone: (415) 439-1400 |

Brent P. Ray (pro hac vice)
Greg Polins (pro hac vice)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
brent.ray@kirkland.com
greg.polins@kirkland.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at San Francisco, California on October 29, 2014.

   /s/ *Ryan J. Casamiquela*
RYAN J. CASAMIQUELA